FILED

05/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0019

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0019

STATE OF MONTANA,

Plaintiff and Appellee,

v.

SACRAMENTO JUAN DOMINGUEZ JR.,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Kim Marchwick is granted an extension of time to and including June 8, 2022, within which to prepare, file, and serve the transcript requested on appeal.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 17 2022